UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,

                Plaintiff,

-against-

RAFAEL PEREZ and EL VITALINA
RESTAURANT,

                Defendants.
---------------------------------------------------------------X

JUDGMENT
05-CV- 3713 (FB)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 15 2006 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on August 8, 2006, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated February 24, 2006, without *de novo* review of the record; and directing the Clerk of Court to enter judgment awarding plaintiff statutory damages of $12,000.00, attorneys' fees of $1,000.00, costs of $450.00, plus pre- and post-judgment interest at the rate of nine percent per annum, running from November 27, the date of the violation, until the date the judgment is paid; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted; and that judgment is hereby entered in favor of plaintiff, Garden City Boxing Club, Inc., and against defendants, Rafael Perez and El Vitalina Restaurant, awarding plaintiff statutory damages of $12,000.00, attorneys' fees of $1,000.00, costs of $450.00, plus pre-judgment interest at the rate of nine percent per annum, running from November 27, 2004, the date of the violation, until the date the judgment is paid.

Dated: Brooklyn, New York
       August 30, 2006

                                                              ROBERT C. HEINEMANN
                                                              Clerk of Court